UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN BURNETT,

    Plaintiff,

  v.

UNITED ADJUSTMENT SERVICE,

    Defendant.

Case No. 10-cv-462-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Steven Burnett's motions for default judgment (Docs. 8 & 9). These requests are premature in light of the fact that the Clerk of Court has not entered default pursuant to Federal Rule of Civil Procedure 55(a) against the defendants for whom default judgment is sought. Only after default has been entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b) appropriate. For this reason, the Court **DENIES without prejudice** the plaintiff's motions for default judgment (Docs. 8 & 9). Magistrate Judge Wilkerson's order to show cause (Doc. 12) is **VACATED as moot** in light of this ruling.

**IT IS SO ORDERED.**
**DATED:  September 20, 2010**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**