IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN BURNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    NO. 10-cv-462-JPG |
| | ) |
| | ) |
| UNITED ADJUSTMENT SERVICE, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  November 2, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

BY: s/ Jina Hoyt, Deputy Clerk


APPROVED: *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE